UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. SVETE,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN,<br><br>        Defendant. | 1:15-cv-00098 BAM  (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE COMPLAINT AS MOTION IN PENDING HABEAS ACTION AND ADMINISTRATIVELY CLOSE THIS ACTION |

Plaintiff is a federal prisoner proceeding pro se.  Review of the docket reveals that this matter should not have been opened as a separate civil rights action pursuant to 42 U.S.C. § 1983. The underlying complaint is a motion seeking a stay of his pending habeas action, <u>Svete v. Doe</u>, 1:14-cv-02091-LJO-JLT, and should have been filed in that action.  Accordingly, the Clerk of the Court shall file the complaint (ECF No. 1) as a motion in the pending habeas action, 1:14-cv-02091-LJO-JLT, and administratively close this section 1983 action.

IT IS SO ORDERED.

    Dated:   **January 28, 2015**              /s/ Barbara A. McAuliffe
                                                             UNITED STATES MAGISTRATE JUDGE

1